# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2668

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Minnesota. |
| | * | |
| Christopher Paul Giles, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: April 1, 2004

Filed: April 8, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Christopher Paul Giles pleaded guilty to possessing with intent to distribute more than 500 grams of methamphetamine mixture, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A). The district court[*] sentenced Giles to 121 months imprisonment and 5 years supervised release. On appeal, Giles contends the government acted in bad faith when it refused to file a motion for a substantial-assistance departure.

_____

[*]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

After careful review, we reject Giles's argument. The plea agreement contained no provisions for a substantial-assistance departure, see United States v. Barresse, 115 F.3d 610, 612 (8th Cir. 1997), and Giles did not establish the government's decision was unconstitutionally motivated or irrational, see Wade v. United States, 504 U.S. 181, 185-86 (1992). We thus affirm the judgment of the district court.

_____